UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

IN RE:  
LOTHIAN OIL INC.  
LOTHIAN OIL (USA) INC.  
LOTHIAN OIL, TEXAS I, INC.  
LOTHIAN OIL TEXAS II, INC.  
LOTHIAN OIL INEVESTMENTS I, INC.  
LOTHIAN OIL INVSTMENTS II, INC. AND  
LEAD I JVGP, INC.  

(CHAPTER 11)  
CASE NUMBER 07-70121  
CASE NUMBER 07-70122  
CASE NUMBER 07-70123  
CASE NUMBER 07-70124  
CASE NUMBER 07-70125  
CASE NUMBER 07-70126  
CASE NUMBER 07-70127  

DEBTORS

JOINTLY ADMINISTERED
UNDER CASE NUMBER 07-70121

FILED
JUL 19 2013
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Avinoam Y. Rosenfeld__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __Lothian Cassidy, L.L.C.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   __Avinoam Y. Rosenfeld__,

   with offices at

   Mailing address: 156 Harborview South

   City, State, Zip: Lawrence, New York 11559

   Telephone: 516-547-1717    Fax: 516-232-9092

   Email Address: rosenfeldaviy@gmail.com

2. Since __October 24, 2001__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __New York__. Applicant's bar license number is __3983053__.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| New York State Appellate Division Second Judicial Department | October 24, 2001 |
| Second Circuit of Appeals | |
| Fifth Circuit of Appeals | 2013 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Avinoam Y. Rosenfeld_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_[signature]_
[Signature of Applicant]

Avinoam Y. Rosenfeld
[Printed name of Applicant]

156 Harborview South, Lawrence, NY 11559
[Address of Applicant]

516-547-1717
[Telephone of Applicant]

rosenfeldaviy@gmail.com
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18th Day of July, 2013.

_____
[Signature of Applicant]

Avinoam Y. Rosenfeld
[Printed name of Applicant]

156 Harborview South, Lawrence, NY 11559
[Address of Applicant]

516-547-1717
[Telephone of Applicant]

rosenfeldaviy@gmail.com
[Email address of Applicant]

###



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Avinoam Yackov Rosenfeld** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 24th day of October 2001, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 21, 2013.



Clerk of the Court